UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARLES COBB

    Plaintiff.

V.                                       CIVIL ACTION NO.
                                           3:08CV175 (AWT)

CLC CONSUMER SERVICES CO.

    Defendant.                               MARCH 7, 2008

STIPULATION FOR DISMISSAL

The plaintiff through his attorney Max L. Rosenberg and the Defendant, CLC Consumer Services Co., through their attorney Joel B. Gold stipulate that the claims in the above entitled action shall be dismissed with prejudice and without costs, subject to the approval of the Court.

                                                 THE PLAINTIFF

                                               BY /s/ Max L. Rosenberg
                                               Max L. Rosenberg
                                               Thornberry & Rosenberg. LLC
                                               3333 Main Street
                                               Stratford, CT 06614
                                               Tel (203)380-8189
                                               Fax (203)380-8191
                                               Fed. Juris No. ct 26742

DATE March 7, 2008                CLC CONSUMER SERVICES CO.
                                               BY  /s/ Joel B. Gold
                                               Joel B. Gold
                                               CLC Consumer Services Co.
                                               2730 Liberty Avenue
                                               Pittsburgh, PA 15222
                                               Counsel for CLC Consumer Services

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARLES COBB

      Plaintiff.

V.                                                                                      CIVIL ACTION NO.
                                                                                        3:08-CV-175 (AWT)

CLC CONSUMER SERVICES CO.

      Defendant.                                                       MARCH 7, 2008

CERTIFICATION

I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

      THE PLAINTIFF

      BY_ /s/ Max L. Rosenberg
      Max L. Rosenberg
      Thornberry & Rosenberg. LLC
      3333 Main Street
      Stratford, CT 06614
      Tel (203)380-8189
      Fax (203)380-8191
      Fed. Juris No. ct 26742